UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. CORY GIBSON, Docket No.: 08-927(MLC)

## PETITION FOR WRIT OF HABEAS CORPUS

1. Cory Gibson, SSN: 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; DOB: 07/12/1988; FBI # 246146AC1; State ID #860943C, is now confined at the Wagner Youth Correctional Facility.

2. Said individual will be required at Trenton, New Jersey, before the Hon. Mary L. Cooper, U.S. District Judge, on January 21, 2009, at 10:45 a.m., for an arraignment, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: 01-05-09.

Jennifer L. Davenport
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 1/12/09

Hon. Mary L. Cooper, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Warden of Wagner Youth Correctional Facility:

WE COMMAND YOU that you have the body of

CORY GIBSON

now confined at the Wagner Youth Correctional Facility, brought before the United States District Court, the Hon. Mary L. Cooper, U.S. District Judge, in the Clarkson S. Fisher Federal Courthouse at Trenton on January 21, 2009, at 10:45 a.m., in civilian clothes, for Arraignment, in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Mary L. Cooper
United States District Judge
Trenton, New Jersey.

DATED: 1/12/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk