UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper, U.S.D.J. |
| v. | : | Criminal No. 08-927 (MLC) |
| CORY GIBSON | : | **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant U.S. Attorney) and defendant Cory Gibson (David Oakley, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from January 21, 2009 through March 31, 2009, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter, and the defendant having consented to the continuance and waived such right, for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) Defendant consents to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 21st day of January 2009,

ORDERED that this action be, and it hereby is, continued from January 21, 2009 through March 31, 2009; and

IT IS FURTHER ORDERED that the period from January 21, 2009 through March 31, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 (as amended October 12, 1984), pursuant to Title 18, United States Code, Section 3161.

— STATUS CONFERENCE CALL, WITH COUNSEL, ON THE RECORD, IS SCHEDULED FOR FRIDAY, MARCH 27, 2009 at 1:00.

_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

Acknowledged by:

_____
Cory Gibson
Defendant

_____
David Oakley, Esq.
Attorney for Cory Gibson

_____
Jennifer Davenport
Assistant U.S. Attorney