UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-927 (MLC) |
| v. | : Hon. Douglas E. Arpert |
| COREY GIBSON | : <u>ORDER OF DETENTION</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jennifer Davenport, Assistant United States Attorney, appearing on behalf of the United States before the Court on April 11, 2013) in the presence of Andrea Bergman, Esq., attorney for defendant Corey Gibson, for an order pursuant to Title 18, United States Code, Section 3142 detaining the defendant without bail pending transfer to an inpatient treatment facility under the supervision of New Jersey State Parole, which is scheduled for April 12, 2013; and that the defendant is scheduled to have a hearing before the Honorable Mary L. Cooper on the violation of supervised release on April 18, 2013; and that the issue of any further detention or conditions of release will either be addressed by the Honorable Mary L. Cooper on April 18, 2013 or will be addressed immediately upon release from the inpatient treatment facility; and for good cause shown;

IT IS, therefore, on this __12th__ day of April, 2013,

ORDERED that the motion of the United States for an order detaining the defendant pursuant to the above is hereby GRANTED, and the defendant is hereby ordered detained; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the United States Marshal's Service; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge